IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

JONATHAN M STEPHENS,
JULIE A STEPHENS,

Debtor(s)

Bankruptcy No. 11-02353
JUDGE: BLACK (JOLIET)

Chapter: 13

## WITHDRAWAL OF PROOF OF CLAIM #2

NOW COMES Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2005-WL3 and hereby withdraws the Proof of Claim filed February 10, 2011.

 /s/ Michael J. Kalkowski
Michael J. Kalkowski
Fisher and Shapiro, LLC
Attorney for Creditor

## CERTIFICATE OF SERVICE

TO:   Alex Wilson, Geraci Law L.L.C., 55 E. Monroe St., Suite #3400, Chicago, IL 60603
      Glenn B Stearns, 4343 Commerce Court, Ste 120, Lisle, IL 60532

I, Michael J. Kalkowski certify that copies of this withdrawal of Proof of Claim to the parties above were served electronically by the Bankruptcy Court on February 10, 2011.

 /s/ Michael J. Kalkowski
Michael J. Kalkowski
Fisher and Shapiro, LLC

FISHER AND SHAPIRO, LLC
2121 Waukegan Rd, Suite 301
Bannockburn, IL 60015
847-291-1717
10-034345