**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois (Chicago)**

IN RE:  Case No.:  11-02353

Debtors: Jonathan M Stephens and Julie A Stephens  Loan Number (Last 4):  9841

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Long Beach Mortgage Loan Trust 2005-WL3 | Deutsche Bank National Trust Co |
| Serviced by Select Portfolio Servicing, Inc. | as Trustee for Long Beach Mtg |
| Name of Transferee | Name of Transferor |
| | |
| 3815 South West Temple | Court Claim # (if known): 10 |
| Salt Lake City, UT 84115 | Amount of Claim: $21,129.28 |
| | Date Claim Filed: 05/05/2011 |
| | |
| Phone: 800-258-8602 | Last Four Digits of Acct #: 0841 |
| Last Four Digits of Acct #: 9841 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone:  800-258-8602

Last Four Digits of Acct #:  9841

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Diana Duarte          Date:  07/16/2013
Authorized Filing Agent
(Approved by: Gina Hiatt)

Specific Contact Information:
P: 800-258-8602
Gina.Hiatt@spservicing.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

438680-96fdc4f1-bb8c-47ae-b13a-3137c0d1e682