NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Jonathan M Stephens
17445 Teton Circle
Lockport, IL 60441
SSN: xxx−xx−4140 EIN: N.A.

Julie A Stephens
17445 Teton Circle
Lockport, IL 60441
SSN: xxx−xx−9285 EIN: N.A.

Case No. : 11−02353
Chapter : 13
Judge :   Bruce W. Black

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Deutsche Bank National Trust Co

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Long Beach Mortgage Loan Trust 2005−WL3 of your claim in the above matter, designated Claim No. 10 in the amount of $21129.28.  If no objections are filed by you on or before August 6, 2013 the Court shall substitute Long Beach Mortgage Loan Trust 2005−WL3 in your place and stead as a claimant.  If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: July 16, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court